FLOYD G. BRENNAN, JR., as Executor of ELIZABETH F. BRENNAN, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 51962.)

Present — Del Vecchio, J. P., Marsh, Witmer and Moule, JJ.